JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GREEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JASON ANDERSON et al.,<br><br>　　　　Defendants. | Case No. 5:24-cv-00050-SB-SP<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order of dismissal entered this day, the Court abstains under *Younger v. Harris*, 401 U.S. 37 (1971), from exercising jurisdiction in this case.  It is therefore ordered and adjudged that Plaintiff Michael Green's claims are dismissed without prejudice.

　　　This is a final judgment.

Date: April 26, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge